BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Jacqueline.A.Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ROSIE SYLVIA HERNANDEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:10-CV-00198 SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is October 13, 2010.  The new due date will be November 12, 2010.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 13, 2010       */s/ Harvey P. Sackett*
                              (As authorized via email)
                              HARVEY P. SACKETT
                              Attorney for Plaintiff

Dated: October 13, 2010       BENJAMIN B. WAGNER
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                              /s/ *Jacqueline A. Forslund*
                              JACQUELINE A. FORSLUND
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

## ORDER

Upon the parties' stipulation, IT IS ORDERED that Defendant shall serve and file the responsive brief **by no later than November 12, 2010**. All dates in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 5-1 ¶ 14.)

IT IS SO ORDERED.

**Dated:   October 19, 2010**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE